**ORDERED in the Southern District of Florida on August 28, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Elizabeth Rosa Benitez Torres

Case No.: 26-15630-CLC
Chapter 13

Debtor /

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER**

THIS MATTER was heard on the Chapter 13 consent calendar on August 25, 2026, upon Debtor's Motion to Waive Requirement of Wage Deduction Order [ECF#18], IT IS;

ORDERED AND ADJUDGED:

1. Debtor's Motion to Waive Requirement of Wage Deduction Order is granted.
2. The Requirement of the Wage Deduction Order is waived.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST
Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.