**ORDERED in the Southern District of Florida on August 27, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Alexis Hernandez Cruz

Case No.: 25-16251-CLC
Chapter 13

Debtor /

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF AMERICAN AIRLINES FCU**

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of American Airlines FCU [DE #__31__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| **Claim No.** | **Name of Claimant / Creditor** |
|---|---|
| 5 | American Airlines FCU |

Disposition: The claim is allowed as a general unsecured claim in the reduced amount of $15,592.03.

###

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, E-Mail: jose@blancopa.com

Jose A. Blanco, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).